HARRY D. MACRAE, Suing on Behalf of Himself and All Other Stockholders of PAGE-MORRIS, INC., Similarly Situated, Respondent, v. A. OLIVER LINZEY and Others, Defendants; B. JERMAIN SAVAGE, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Appeal from order denying defendant's motion to preclude proof because of failure to furnish a sufficient bill of particulars. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

THE NATIONAL SAVINGS BANK OF THE CITY OF ALBANY, Respondent, v. IRVING L. SIMON, Appellant, and Others.— Order unanimously affirmed, with ten dollars costs and disbursements. Action to foreclose mortgage. Appeal from order granting summary judgment for deficiency against original mortgagor as surety. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

HOWELL, MACARTHUR & WIGGIN, INC., Appellant, v. MINNIE PUTNAM, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements. Plaintiff moved for an order striking out a separate defense in the answer, and also for summary judgment. Order denying motion is affirmed. The record does not disclose upon what theory the former action was disposed of. Hill, P. J., McNamee, Crapser and Heffernan, JJ., concur; Bliss, J., dissents.

CLARA L. JEWETT and Another, Respondents, v. JOHN H. BROOKS and Others, Individually and as Copartners Doing Business under the Firm Name and Style of J. H. BROOKS & COMPANY, Appellants.— Order affirmed, with ten dollars costs and disbursements. Hill, P. J., McNamee, Bliss and Heffernan, JJ., concur; Crapser, J., dissents from that part of the order which grants an examination of the witness Charles J. Quillman. This is an appeal from an order for an examination before trial.

MANUFACTURERS NATIONAL BANK OF TROY, Respondent, v. MARY A. TOOLE and Another, Appellants.— Judgment and order affirmed, with costs. Hill, P. J., McNamee, Crapser and Bliss, JJ., concur; Heffernan, J., dissents. The complaint alleged a cause of action on a promissory note. The answer pleaded section 1077-b of the Civil Practice Act, the moratorium statute. Simultaneously with the giving of the note defendants gave a real estate mortgage and a chattel mortgage in separate documents. The real estate mortgage not being the " sole " security for the debt, the statute did not apply. [152 Misc. 724.]